978 So.2d 304 (2008)
STATE ex rel. Derrick CHAIRS
v.
STATE of Louisiana.
No. 2007-KH-1374.
Supreme Court of Louisiana.
March 28, 2008.
In re Chairs, Derrick;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. E, No. 98-3724; to the Court of Appeal, Fifth Circuit, No. 07-KH-326.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.